IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT C. MARTIN, | : | |
| Petitioner, | : | 1:15-cv-2242 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| SUPERINTENDENT CYNTHIA LINK, PA STATE ATTORNEY GENERAL, | : : : | |
| Respondents. | : | |

# **ORDER**

**August 9, 2017**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DISMISSED as time-barred by the statute of limitations. *See* 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c ).

3. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III  
John E. Jones III  
United States District Judge